UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER,<br><br>Plaintiff,<br><br>v.<br><br>KAMALA HARRIS, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-01062-JDP (PC)<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff has filed a complaint, ECF No. 1, and a request to proceed *in forma pauperis*, ECF No. 2. However, plaintiff is a "Three-Striker" within the meaning of Title 28 U.S.C. § 1915(g).

The court takes judicial notice of the following cases constituting strikes: *Melger v. Becerra*, Case No. 2:18-cv-03264-WBS-CKD (E.D. Cal.) (dismissing without leave to amend for failure to state a claim); *Melger v. U.S. Dep't of the Treasury*, 1:21-cv-01183-JLT-SAB (E.D. Cal.) (dismissing for failure to state a claim, failure to comply with court orders, and failure to prosecute); and *Melger v. Hopper*, 2:17-cv-00224-JAM-DMC (E.D. Cal.) (dismissing for failure to state a claim).[1]

---

[1] In *Melger v. Sacramento Sheriff Dep't*, No. 2:21-cv-01611-WBS-AC, Judge Claire issued findings and recommendations denying plaintiff's *in forma pauperis* application because

1

1     Despite being a "three-striker," a plaintiff may be afforded an opportunity to proceed *in*
2 *forma pauperis* under section 1915(g) if he alleges that he was in imminent danger at the time he
3 filed the complaint. *See* 28 U.S.C. § 1915(g); *Andrews v. Cervantes*, 493 F.3d 1047, 1052-53
4 (9th Cir. 2007).

5     Here, the complaint does not allege that plaintiff faced an imminent danger of serious
6 physical injury at the time he filed the complaint. ECF No. 1 at 3-4 (alleging that he was denied
7 the right to "hold a home" in Place County). Plaintiff's application for leave to proceed *in forma*
8 *pauperis* must therefore be denied pursuant to § 1915(g). Plaintiff must submit the appropriate
9 filing fee in order to proceed with this action.

10     Accordingly, it is ORDERED that the Clerk of Court is directed to assign a district judge
11 to this action.

12     Further, it is RECOMMENDED that plaintiff's application to proceed *in forma pauperis*,
13 ECF No. 2, be DENIED and plaintiff be directed to tender the filing fee within thirty days of any
14 order adopting these recommendations.

15     These findings and recommendations are submitted to the United States District Judge
16 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days
17 after being served with these findings and recommendations, any party may file written
18 objections with the court and serve a copy on all parties. Such a document should be captioned
19 "Objections to Magistrate Judge's Findings and Recommendations." Any response to the
20 objections shall be served and filed within fourteen days after service of the objections. The
21 parties are advised that failure to file objections within the specified time may waive the right to
22 appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*
23 *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

---

he is a Three Striker. The cases Judge Claire relied upon were: *Melger v. Wesp*, Case No. 2:16-cv-01103-KJN (E.D. Cal.); *Melger v. Obama*, Case No. 2:16-cv-01527-AC (E.D. Cal.); and *Melger v. Becerra*, Case No. 2:18-cv-03264-WBS-CKD (E.D. Cal.). Judge Shubb adopted those recommendations in full and denied plaintiff's application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   June 12, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3