UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAMALA HARRIS, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-01062-TLN-JDP<br><br>**ORDER** |

　　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 25, 2023, the Court denied Plaintiff's application for leave to proceed in forma pauperis because Plaintiff is a three-strikers litigant within the meaning of 28 U.S.C. § 1915(g). ECF No. 7. The Court granted Plaintiff thirty days in which to pay the $402 filing fee for this action and warned that failure to timely submit the fee would result in dismissal of this action. *Id*. Plaintiff has not paid the filing fee, and the allotted time has passed.

///

///

///

///

1

Accordingly, it is hereby ORDERED that:

1. This action is DISMISSED without prejudice for failure to pay the filing fee; and

2. The Clerk of Court is directed to close this case.

Date:  September 11, 2023

Troy L. Nunley
United States District Judge